## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

R. M. PROVINO,

    *Plaintiff,*

v.                                   **Case No.: 1:21cv54-MW/GRJ**

SUSAN LOUISE RICKARDS,
and PROGRESSIVE INSURANCE CO.,

    *Defendants.*
_____/

## ORDER ACCEPTING AND ADOPTING
## <u>REPORT AND RECOMMENDATION</u>

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 6, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's case is **DISMISSED** for lack of jurisdiction." The Clerk shall close the file.

**SO ORDERED on June 24, 2021.**

                        **s/Mark E. Walker**
                        **Chief United States District Judge**